UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE VILLAGE RECORDER,

                              Plaintiffs,

        -v-

THE VILLAGE MUSIC SCHOOL, INC., *et al.*,

                              Defendants.

23 Civ. 10022 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff's motion for a default judgment and attorneys' fees against defendant The Village Music School, Inc. ("VMS") based on VMS's conduct in the course of this litigation. The Court directs VMS to file a reply by July 12, 2024.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: July 8, 2024
       New York, New York